UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


KAMERON WALKER,

     Plaintiff,

VS.                               Cv. No. 19-2064-SHM

ARAMARK CAMPUS, LLC,

     Defendant.


# JUDGMENT

     Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Motion to Remand, docketed February 11, 2019, this case is remanded to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, Shelby County.


## APPROVED:



 *s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *February 11, 2019*              THOMAS M. GOULD
DATE                          CLERK

                                  *s/  Jairo Mendez*
                               (By) DEPUTY CLERK